STATE of Missouri, Respondent,

v.

Leonard MALLOY, Appellant.

No. ED 101084

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: May 26, 2015

Maleaner Harvey, Missouri Public Defender Office, 1010 Market, Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Robert J. Bartholomew, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM.

Leonard Malloy appeals the judgment entered upon a jury verdict convicting him of one count of statutory rape in the second degree and one count of statutory sodomy in the second degree. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).

■

CITY OF WELLSTON, Respondent,

v.

James KENNER, Appellant.

No. 101263

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: May 26, 2015

Donnell Smith, 4625 Lindell Blvd., Suite 500, St. Louis, MO 63108, for appellant.

Earl Robert Schultz III, 640 Cepi Drive, Suite A, Chesterfield, MO 63005, for respondent.

Before Lawrence Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

*ORDER*

PER CURIAM

James Kenner appeals the trial court's judgment in favor of the City of Wellston for amounts paid by the City to Kenner under an employment agreement that was never approved by the City council.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).